IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID J. RENNICKE                                                 PETITIONER

VS.                      CASE NO. 2:06CV00096 JLH

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                   RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 30th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE