IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID J. RENNICKE                                                           PETITIONER

VS.                      CASE NO. 2:06CV00096 JLH

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                          RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed without prejudice as moot.

SO ADJUDGED this 30th day of June, 2006.

_____
UNITED STATES DISTRICT JUDGE